# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § § § | No. 4:20-cr-205 |
| MICHAEL MARASCO | § | |

## MOTION TO SEAL EXHIBIT TO DEFENDANT'S SENTENCING MEMORANDUM

Defendant Michael Marasco respectfully moves this Court to seal Exhibit D of his sentencing memorandum. *See* Fed. R. Crim. P. 49.1(d).

> Respectfully submitted,
> JONES WALKER LLP
>
> */s/Dan L. Cogdell*
> **Dan L. Cogdell**
> Texas Bar No. 04501500
> 811 Main Street, 29th Floor
> Houston, Texas 77002
> Telephone: (713) 437-1869
> Facsimile: (713) 437-1810

## CERTIFICATE OF SERVICE

I certify that on September 13, 2022, I filed this motion via the Court's electronic filing system.

> */s/ Dan Cogdell*
> Dan L. Cogdell