IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA             PLAINTIFF

v.            No. 4:20-cr-205-DPM-1

MICHAEL J. MARASCO             DEFENDANT

## ORDER

Marasco's motion to seal, *Doc. 181*, is denied without prejudice and with a caveat. *Flynt v. Lombardi*, 885 F.3d 508, 511 (8th Cir. 2018). Here's the caveat. The document at issue is a letter of support for Marasco. Generally, letters are not filed. The Court has a copy of the letter; it will be made a part of the Court's record; and the Court will consider it when deciding what the just and fair sentence in this case is. The Court directs the Clerk not to file Marasco's Exhibit D.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

14 September 2022